# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2024

## NO. 03-24-00435-CV

**R. R., Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS;**
**CONCURRING OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on July 8, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.